THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERALD D. NORRIS, Also Known as EARL FLETCHER, Appellant.— Appeal by defendant from a judgment of the County Court, Westchester County, rendered April 4,

1972, convicting him of robbery in the second degree, upon a plea of guilty, and imposing sentence. Judgment reversed, on the law, and indictment dismissed. In our opinion the preindictment delay of more than three years was unreasonable (*People* v. *Terranova*, 43 A D 2d 575). A valid reason for the delay was not given. Rabin, P. J., Hopkins and Brennan, JJ., concur; Munder and Shapiro, JJ., dissent and vote to affirm, with the following memorandum: In our opinion, *People* v. *White* (32 N Y 2d 393), upon which *People* v. *Terranova* (43 A D 2d 575) is principally based, is not applicable to the factual pattern present at bar.